United States District Court
Southern District of New York                    7:20-cv-09985-CS

| | |
|---|---|
| Miguel Schlemetty, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Heineken USA Inorporated, | |
| Defendant | |

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 19, 2021

                              Respectfully submitted,

                              Sheehan & Associates, P.C.

                              /s/Spencer Sheehan
                              Spencer Sheehan
                              60 Cuttermill Rd Ste 409
                              Great Neck NY 11021-3104
                              Tel: (516) 268-7080
                              Fax: (516) 234-7800
                              spencer@spencersheehan.com

7:20-cv-09985-CS
United States District Court
Southern District of New York

Miguel Schlemetty, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Heineken USA Inorporated,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  May 19, 2021

/s/ Spencer Sheehan<br>Spencer Sheehan

Certificate of Service

I certify that on May 19, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan